UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

**FILED**

2005 APR 15 A 8 03

CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
DEPUTY

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>Plaintiff - Appellant,<br><br>v<br><br>M GONZALES, Correctional Officer, et al,<br><br>Defendants - Appellees | No  05-15279<br>DC No  CV-03-06480-REC<br><br>**ORDER** |

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith     [ ]

Explanation _____

_____

_____

_____

_____
Judge
United States District Court

Date _____April 14, 05_____